**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DEBRA CARATTONI,

        Petitioner,        Case Number: 07-CV-11910

v.        HON. GEORGE CARAM STEEH

CLARICE STOVALL,

        Respondent.
_____/

## **ORDER DIRECTING PETITIONER TO CLARIFY CLAIMS PRESENTED**

Petitioner Debra Carattoni has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges her conviction for embezzlement.

Petitioner utilized a form petition. In the section provided for listing grounds for relief, Petitioner wrote the following:

Ground one: I – Denial of Effective Assistance of Counsel

Ground two: I – Denial of Effective Assistance of Counsel.

Under each of these grounds for relief, in the section titled "supporting facts," Petitioner challenges the trial court's scoring of offense variables, but the alleged incorrect scoring of offense variables is not listed as a separate ground for relief. Thus, it is unclear from the face of the petition whether Petitioner alleges only that she received ineffective assistance of counsel, or whether she alleges both that she received ineffective assistance of counsel and that the offense variables were incorrectly scored. Therefore, before the Court orders that a responsive pleading be filed, the Court orders Petitioner to clarify which claims she is presenting in her petition.

Accordingly, the Court directs Petitioner to notify the Court, within thirty days from the date of this Order, which claims she is raising in her habeas petition.

**SO ORDERED**.

Dated: May 18, 2007

                                           S/George Caram Steeh
                                           GEORGE CARAM STEEH
                                           UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 18, 2007, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk